LF 2014-1.OR1 (5/96)

RECEIVED: 01/17/2007 01:33:00 PM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re )
   COMFORT WORLD, INC., )      CASE NO. 06-
)
)      **ORDER APPROVING EMPLOYMENT**
)      **UNDER 11 U.S.C. § 327**
)      **BY TRUSTEE/DEBTOR-IN-POSSESSION**
                           Debtor(s) )

This matter having come on regularly for hearing on the application of trustee/debtor-in-possession, the court being fully advised in the premises, no adverse interest being represented and the appointment not being prohibited by Rule 5002:

**IT IS HEREBY ORDERED**

1.   That the employment of  BRIAN G. GOSLINE, P.C.  as

ATTORNEYS  for trustee/debtor-in-possession is

approved subject to the terms and conditions set forth in the application and 11 U.S.C. § 328.

2.   That any actual award of compensation is subject to further order of the court, pursuant to 11

U.S.C. §330.

Presented by:

/s/ Dan O'Rourke
(Signature/address/phone)

*Patricia C. Williams*
Patricia C. Williams
Bankruptcy Judge

01/23/2007 09:10:02 AM

ORDER APPROVING EMPLOYMENT
UNDER 11 U.S.C. § 327

2006-02524-20070117-ZU071J0D
2
employ
wwworder
XXXX
bk
06-02524